## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Diane Goldring Nesbitt
                                Plaintiff,

v.                                                Case No.: 1:13–cv–08245
                                                        Honorable John J. Tharp Jr.

James Regas, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant Jerry Miceli's motion for extension of time to answer or otherwise plead [60] is granted. Defendant Miceli's responsive pleading is stayed pending further order of the Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.